IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAGE FITNESS, INC.,
a Florida corporation,

Plaintiff,

vs.

TITLE BOXING, LLC, d/b/a TITLE MMA, a Kansas limited liability company; and EZ FITNESS OF JACKSONVILLE CORPORATION, d/b/a TITLE BOXING CLUB OF WINTER PARK, a Florida corporation,

Defendant.

Case No. 6:15-cv-26-Orl-31KRS  _____

INJUNCTIVE RELIEF REQUESTED

JURY TRIAL REQUESTED

## COMPLAINT

Plaintiff Cage Fitness, Inc., through its undersigned counsel, for its complaint against Defendants Title Boxing, LLC, d/b/a Title MMA, and Title Boxing Club of Winter Park (collectively, "Title"), and states:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff Cage Fitness, Inc. ("Cage Fitness") is a Florida corporation, with its principal place of business in this judicial district.

2. Defendant Title Boxing, LLC, d/b/a Title MMA, is, upon information and belief, a Kansas limited liability company, which sells and offers for sale infringing products in the United States, including within this Judicial District.

3. Defendant EZ Fitness of Jacksonville Corporation d/b/a Title Boxing Club of Winter Park is a Florida business entity with its principal place of business at 1997-A Aloma Avenue, Winter Park, FL 32792.

4. This Court has jurisdiction over the subject matter of this action as to Defendants pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has *in personam* jurisdiction as to Defendants because, upon information and belief, Defendants are subject to both general and specific jurisdiction in this State. More particularly, upon information and belief, Defendants regularly conducts business activity in the State of Florida and sells and offers to sell products that infringe one or more claims of Plaintiff's patent in the State of Florida.

6. Venue properly lies within this judicial district and division, pursuant to 28 U.S.C. §§1391(c) and 1400(b).

## STATEMENT OF FACTS

7. Plaintiff is the assignee of U.S. Patent 8,771,152. A true and correct copy of the Patent is attached hereto as Exhibit A.

8. Upon information and belief, Defendants have made, used, sold, and offered for sale in the United States and in this Judicial District, fitness products that directly infringe upon one or more claims of the asserted Patent.

9. Plaintiff has not granted Defendants a license to practice the Patent for the accused products.

## COUNT I

### Action for Infringement of U.S. Patent 8,771,152

10. Count I is an action by Plaintiff against Defendants for monetary damages and injunctive relief for Defendants' infringement of U.S. Patent 8,771,152.

11. Plaintiff herein restates and reincorporates into this Count the allegations of Paragraphs 1 through 9 herein.

12. Upon information and belief, Defendants have made, used, sold, or offered for sale fitness products, including but not limited to a fitness bag identified as "Title MMA Training and Fitness Dummay" that directly infringes U.S. Patent 8,771,152.

13. Plaintiff is entitled to compensatory damages and injunctive relief for Defendants' infringing activities.

14. Upon information and belief, Defendants lack justifiable belief that there is no infringement or that the infringed claims are invalid. Defendants' infringement is therefore willful, and Plaintiff is entitled to an award of exemplary damages, attorneys' fees, and costs in bringing this action.

Wherefore, Plaintiff Cage Fitness, Inc., prays this Honorable Court enter such preliminary and final orders and judgments as are necessary to provide Omega with the following requested relief:

A. A preliminary and then permanent injunction enjoining Defendant\s from infringing U.S. Patent 8,771,152;

B. An award of damages against Defendants under 35 U.S.C. §284 in an amount adequate to compensate Plaintiff for Defendants' infringement, but in no event less than a reasonable royalty for the use made by Defendants of the invention set forth in the Patent;

C. An award against Defendants for exemplary damages, attorneys' fees, and costs under 35 U.S.C. § 285; and

D. Such other and further relief as this Court deems just and proper.

## JURY TRIAL REQUEST

Plaintiff requests a trial by jury as to all matters so triable.

Respectfully submitted January 7, 2015.

Brian R. Gilchrist
Florida Bar No. 774065
bgilchrist@addmg.com
**ALLEN, DYER, DOPPELT
  MILBRATH & GILCHRIST, P.A.**
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone: 407-841-2330
Facsimile: 407-841-2343

**Attorneys for Plaintiff,
Cage Fitness, Inc.**